# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3715
Lower Tribunal No. 23CF000895AOR

_____

CARL GARY SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Mark S. Blechman, Judge.

March 14, 2025

PER CURIAM.

Carl Gary Shaw appeals his judgment and sentence for aggravated animal cruelty. We have jurisdiction. *See* Fla. R. App. P. 9.140(b)(1)(A). We remand for the trial court to enter amended sentencing documents memorializing its correction of certain costs imposed against Shaw. *See Johnson v. State*, 256 So. 3d 208, 211 (Fla. 5th DCA 2018). We otherwise affirm.

AFFIRMED and REMANDED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED